## 55095. GREAT ATLANTIC & PACIFIC TEA COMPANY, INC. v. MENENDEZ.

QUILLIAN, Presiding Judge.

The award of the State Board of Workmen's Compensation was not without evidence to support it.

*Judgment affirmed. Webb and McMurray, JJ., concur.*

ARGUED JANUARY 11, 1978 — DECIDED FEBRUARY 16, 1978.

*Carter, Ansley, Smith & McLendon, M. D. McLendon,* for appellant.

*Knight & Knight, Paul Knight, Jr.,* for appellee.